IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| For the Use and Benefit of | ) |
| | ) |
| GRUNLEY CONSTRUCTION CO., INC. | ) |
| 15020 Shady Grove Road | ) |
| Suite 500 | ) |
| Rockville, MD 20850, | ) |
| | ) |
| Plaintiff/Use-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES SURETY COMPANY | ) |
| 20 W. Aylesbury Road | ) |
| P.O. Box 5605 | ) |
| Timonium, MD 21094-5605 | ) |
| | ) |
| AND | ) |
| | ) |
| U.S. SPECIALTY INSURANCE COMPANY | ) |
| 13403 Northwest Freeway | ) |
| Houston, TX 77040 | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

**NOW COMES** Plaintiff/Use-Plaintiff Grunley Construction Co., Inc. ("Grunley"), in the name of the United States of America, by and through undersigned counsel, and for its Complaint against Defendants United States Surety Company and U.S. Specialty Insurance Company alleges as follows:

1

## Parties

1. Plaintiff/Use-Plaintiff Grunley is a corporation organized under the laws of Maryland whose principal place of business is in Rockville, Maryland. Grunley is a general contractor engaged in the construction industry in the Washington Metropolitan area.

2. Defendant United States Surety Company ("USSC"), based on information and belief, is a corporation organized under the laws of Maryland whose principal place of business is in Timonium, MD. USSC is engaged in the business of providing surety bonds for construction contractors.

3. Defendant U.S. Specialty Insurance Company ("USSIC"), based on information and belief, is a corporation organized under the laws of Texas whose principal place of business is in Houston, TX. USSIC is engaged in the business of providing surety bonds for construction contractors.

## Jurisdiction

4. This Court has jurisdiction over Grunley's claims based on the Miller Act, 40 U.S.C. § 3131 *et seq.*, which vests exclusive, original jurisdiction in this Court. *See* 40 U.S.C. § 3133(b).

## Factual Background

5. On or around September 7, 2005, Defendant Goel was awarded Contract No. GS-11P05MKC0049 ("the Prime Contract") by the U.S. Government, acting through the General Services Administration ("GSA" or "the Owner"), to renovate a building known as "Federal Office Building (FOB) 8" in the District of Columbia ("the Project").

6. On or about September 13, 2005, Defendants USSC and USSIC, as Co-Sureties, issued a Payment Bond, in the form prescribed by the Miller Act, on behalf of Goel, with the penal sum of $6,469,000.00. A copy of the Payment Bond is attached as Exhibit 1.

7. In or around November 2005, Goel entered into a subcontract with Plaintiff Grunley under which Grunley was to perform mechanical, electrical, sprinkler, and other work within the scope of the Prime Contract. For the agreed upon work, Grunley was to be paid a fixed sum of $1,461,000, plus additional amounts for changes, extra work, or extended performance.

8. Under the terms of the Payment Bond, the Co-Sureties are jointly and severally liable for the bond's obligations. These include the obligation to pay for materials and labor furnished by subcontractors to the Project in the event that Goel defaults on its subcontract obligations.

9. Grunley substantially completed its work on the Project on or around July 15, 2006.

10. On or about November 13, 2006, Grunley issued its final invoice to Goel for all work performed on the FOB 8 Project, requesting $88,841.40. Payment from Goel was due ten (10) days later, on or about November 23, 2006. Goel has never made the payment or provided any justification for withholding payment. Upon information and belief, Goel has been paid in full by the government for work performed by Grunley. A copy of the invoice is attached here as Exhibit 2.

11. As of the date of date of this Complaint, there remains a contract balance of $88,841.40 due and owing Grunley that remains unpaid.

12.  As Co-Sureties, USSC and USSIC are jointly and severally liable for the $88,841.40 owed to Grunley because of Goel's default in payment.

13.  All conditions precedent to filing suit have been satisfied

## COUNT I
### (Miller Act Bond Claim)

14.  The allegations of paragraphs 1-13 are hereby incorporated by reference as if fully restated.

15.  Goel owes Grunley an unpaid contract balance of $88,841.40 for Grunley's work on the FOB 8 Project.

16.  Goel is in breach of its contract with Grunley due to non-payment.

17.  USSC and USSIC are liable to Grunley, jointly and severally, in the amount of $88,841.40, plus interest.

## PRAYER FOR RELIEF

WHEREFORE, Grunley prays this Honorable Court for the following relief:

1.  On Count I, judgment in favor of Grunley and against USSC and USSIC, jointly and severally, in the principal amount of $88,841.40, plus prejudgment interest accruing from November 23, 2006, plus costs; and

4.  Any other relief that this Court deems necessary, just and proper.

## JURY DEMAND

Grunley hereby demands trial by jury with respect to each allegation in this Complaint.

4

Dated: June 28, 2007                    Respectfully submitted,

/s/ Herman M. Braude
_____
Herman M. Braude, D.C. Bar No. 051326
hbraude@braudemargulies.com
Michael A. Lewis, D.C. Bar No. 479906
mlewis@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 - phone
(202) 471-5404 - fax

240 399-2001

Bond No. 11650

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) September 13, 2005 | FORM APPROVED OMB NO. 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

**PRINCIPAL** (Legal name and business address)
Goel Services, Inc.
1201 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20004

**TYPE OF ORGANIZATION** ('X' one)
☐ INDIVIDUAL     ☐ PARTNERSHIP
☐ JOINT VENTURE  ☒ CORPORATION

**STATE OF INCORPORATION**
Delaware

**SURETY(IES)** (Name(s) and business address(es))
United States Surety Company    & U.S. Specialty Insurance Company
20 W. Aylesbury Road, P.O. Box 5605    13403 Northwest Freeway
Timonium, MD 21094-5605    Houston, TX 77040
    as co-sureties

**PENAL SUM OF BOND**
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 6 | 469 | 000 | 00 |

**CONTRACT DATE**: Sept. 7, 2005
**CONTRACT NO.**: GS-11P05MKC0049

**OBLIGATION:**
We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**
The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**
The principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**
SIGNATURE(S): 1. [signature] (Seal)   2. (Seal)   3. (Seal)
NAME(S) & TITLE(S) (Typed): 1. Piyush J. Goel, President

**INDIVIDUAL SURETY(IES)**
SIGNATURE(S): 1.   2.   (Seal)
NAME(S) (Typed): 1.   2.

**CORPORATE SURETY(IES)**
NAME & ADDRESS: UNITED STATES SURETY COMPANY, 20 W. Aylesbury Road, Timonium, Maryland 21094-5605
STATE OF INC.: Maryland
LIABILITY LIMIT: $2,511,000.00
SIGNATURE(S): 1. [signature]   2.
NAME(S) & TITLE(S): 1. Richard E. Klein, Attorney-in-Fact

Acceptability of Bonds Verified
Contracting Officer

NSN 7540-01-152-8061    25-205    STANDARD FORM 25-A (REV. 1-90)

EXHIBIT 1



15020 Shady Grove Road Suite 500
Rockville, MD 20850
(240) 399-2000  fax (240) 399-2001

**LETTER OF TRANSMITTAL**

To: Goel Services, Inc.
Accounts Payable
3027 Hubbard Road
Landover, MD 20785
Attn: PJ Goel, President

Date: November 13, 2006
Project: FOB 8 Abatement, Demo, HVAC
Re: Requisition # 8 thru June 2006

Ladies/Gentlemen:

Enclosed please find the following items for your:

| | | |
|---|---|---|
| X approval | coordination | correction |
| use | as requested | record |

| Quantity | Item | Description |
|----------|---------|-------------------------------|
| 1 | package | Requisition # 8 thru June 2006 |
| | | |
| | | |
| | | |
| | | |
| | | |

Remarks:

cc: K. Grunley
G. Druga
J. Greenwell
Project Executive
Accounting
File

Sincerely,

Jerry Elmore, Project Manager

EXHIBIT 2

AIA DOCUMENT G702

APPLICATION AND CERTIFICATE FOR PAYMENT                                   Page 1

TO: Goel Services, Inc.
3027 Hubbard Road
Landover, MD 20785
ATTN: PJ Goel, President

PROJECT: FOB 8
200 C Street SW
Washington, DC

APPLICATION NUMBER: 8
PERIOD TO: 6/30/06
APPLICATION DATE: 11/13/06

Owner:
Architect:
Contractor: X

FROM: Grunley Construction Co., Inc.
15020 Shady Grove Road Suite 500
Rockville, MD 20850

OWNER'S CONTRACT NO.: GS-11P05MKC0049
CONTRACT DATE: 9/17/2005

GC Job # G05.125

CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below in connection with the Contract. Continuation Sheet, AIA Document G702, is attached

CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | | |
| Approved this Month | | |
| No. Date Approved | | |
| TOTALS | 0 | 0 |
| Net Change by Change Orders | | 0 |

1. Original Contract Sum                                    $ 1,461,000
2. Net change by Change Orders                                  88,741
3. CONTRACT SUM TO DATE (1 +/-2)                             1,549,741
4. TOTAL COMPLETED & STORED TO DATE                          1,549,741
5. RETAINAGE:
   a. ___% Retention Amount (Column D + E on G703)                   0
   b. ___% of Stored Material (Column F on G703)                     0
   Total Retainage (Line 5a + 5b or Total in Column 1 of G703)       0
6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total)    1,549,741
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate)  1,460,900
8. CURRENT PAYMENT DUE                                          88,841
9. BALANCE TO FINISH, PLUS RETAINAGE (Line 3 less Line 6)          0

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Grunley Construction Co. Inc.

By: [signature] Jerry Elmore, Project Manager

STATE: Maryland                    COUNTY OF: Montgomery
SUBSCRIBED AND SWORN TO BEFORE ME THIS
Notary Public:
My Commission expires:

ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED

AMOUNT CERTIFIED                                $ _____
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: _____ Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702-APPLICATION AND CERTIFICATION FOR PAYMENT - MAY 1988 EDITION-AIA-(c) 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, DC. 20006

FROM:
Grunley Construction
15020 Shady Grove Road, Suite 500
Rockville, Maryland 20850
TIN: 521577562

Project: Abatement, Demolition & Interim HVAC
Plant at FOB 8
Contract # GS11P05MKC0049

TO:
Goel Services, Inc.
3027 Hubbard Road
Landover, MD 20785

APPLICATION NUMBER: 8
APPLICATION DATE: 11/13/06
PERIOD TO: 6/30/06
Contract #: GS11P05MKC0049

AIA Document G 702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.

| A ITEM NO | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PERVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D + E + F) | H % (G DIVIDED BY C) | I RETAINAGE=0 remaining balance |
|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $40,000 | $40,000 | | $0 | $40,000 | 100% | $ - |
| 2 | General Conditions: | $659,276 | $659,176 | $100 | $0 | $659,276 | 100% | $ - |
| 3 | Fencing | $13,000 | $13,000 | | $0 | $13,000 | 100% | $ - |
| 5 | Hole Protection from Demo, office equipment | $74,750 | $74,750 | | $0 | $74,750 | 100% | $ - |
| 6 | Finish by 4/30/05 | $20,949 | $20,949 | | $0 | $20,949 | 100% | $ - |
| 8 | Elevator | $137,275 | $137,275 | | $0 | $137,275 | 100% | $ - |
| 9 | Sprinkler | $9,500 | $9,500 | | $0 | $9,500 | 100% | $ - |
| 10 | Mechanical | $206,250 | $206,250 | | $0 | $206,250 | 100% | $ - |
| 11 | Electric | $300,000 | $300,000 | | $0 | $300,000 | 100% | - |
| | Original Contract Value | $ 1,461,000 | $ 1,460,900 | $ 100 | $ - | $1,461,000 | 100% | $ - |
| | Change Orders | | | | | | | |
| 22 | Misc. Electric questions: Guard Shack, Pumps, Lights, Panels | $5,346 | | $5,346 | | $5,346 | 100% | $ - |
| 37 | Elevator #5: Replace control panel | $1,071 | | $1,071 | | $1,071 | 100% | $ - |
| 37 | Elevator repairs | $4,277 | | $4,277 | | $4,277 | 100% | $ - |
| 39 | 4th Floor Flood to Chiller Plant | $19,173 | | $19,173 | | $19,173 | 100% | $ - |
| 39 | 4th Flr Fld to Chiller: Replace Switchgear? | $11,740 | | $11,740 | | $11,740 | 100% | $ - |
| 41 | Penthouse sprinkler repairs | $1,477 | | $1,477 | | $1,477 | 100% | $ - |
| 43 | Repair Rain Leader Pipes | $24,860 | | $24,860 | | $24,860 | 100% | $ - |
| 43A | Repair Rain Leader Pipes | $0 | | $0 | | $0 | 0% | $ - |
| 43b | Repair Rain Leader Pipes | $0 | | $0 | | $0 | 0% | $ - |
| 43c | Repair Areaway drains | $2,762 | | $2,762 | | $2,762 | 100% | $ - |
| 44 | Repair Leak on Loading Dock | $2,035 | | $2,035 | | $2,035 | 100% | $ - |
| 45 | Chiller Control Repairs: OAI | $676 | | $676 | | $676 | 100% | $ - |
| 46 | Misc repairs after Demo | $7,769 | | $7,769 | | $7,769 | 100% | $ - |
| 47 | W&R: Repair Sump line, capp 3" fireline, weld chilledLine | $3,699 | | $3,699 | | $3,699 | 100% | $ - |
| 48 | W&R: Extend sewer line to incen pit | $2,644 | | $2,644 | | $2,644 | 100% | $ - |
| 49 | NFP #3: Repair leak. LVl demo punch work. | $1,212 | | $1,212 | | $1,212 | 100% | $ - |
| | Total Change Orders | $88,741 | | $88,741 | | $88,741 | 100% | $ - |
| | TOTAL | $ 1,549,741 | $ 1,460,900 | $ 88,841 | $ - | $1,549,741 | 100% | $ - |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Grunley Construction Company, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Montgomery (MD)
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Herman M. Braude
Braude & Margulies, PC
1200 Potomac Street N.W.
Washington, D.C. 20007
(202) 471-5400
(202) 471-5404 (fax)

## DEFENDANTS
United States Surety Company and U.S. Specialty Insurance Company

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Baltimore (MD)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ● 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☒ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Miller Act, 40 U.S.C. 3131 et seq.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 88841.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 06/28/07   SIGNATURE OF ATTORNEY OF RECORD *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.