IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>f/u/b GRUNLEY CONSTRUCTION CO., INC. )<br>)<br>      **Plaintiff,** )<br>)<br>v. )<br>)<br>UNITED STATES SURETY COMPANY, )<br>et al. )<br>)<br>      **Defendants.** )<br>) | Case No. 1:07-cv-01158-RWR |

**CONSENT MOTION TO EXTEND DEADLINE FOR DEFENDANTS
<u>TO FILE ANSWER AND COUNTERCLAIM</u>**

Defendants, United States Surety Company and U.S. Specialty Insurance Company, by their undersigned counsel, file this Consent Motion to Extend Deadline for Defendants to File their Answer and Counterclaim, with the consent of Plaintiff, United States of America f/u/b Grunley Construction Co., Inc., and in support state as follows:

1.    The Complaint in this action was filed on June 28, 2007.

2.    Service on Defendants was made by serving the Complaint on the Maryland Insurance Administration on July 10, 2007.

3.    Plaintiff and Defendants have scheduled a series of meetings in the next month in an attempt to settle this case.

4.    Defendants, with the consent of Plaintiff, hereby request an extension to and through August 30, 2007 for Defendants to file their Answer and Counterclaim in the above-referenced matter in order to give the parties time to settle the matter prior to the end of August.

**WHEREFORE**, Defendants, United States Surety Company and U.S. Specialty Insurance Company, with the consent of Plaintiff, United States of America f/u/b Grunley Construction Co., respectfully request this Court to grant their Consent Motion to Extend Deadline for Defendants to File Answer and Counterclaim and to Order that the new deadline for Defendants to file their Answer and Counterclaim will be August 30, 2007.

                                                Respectfully submitted,

BY:      /s/ Lucas F. Webster
      Lucas F. Webster, D.C. Bar No. 470174
      Huddles Jones Sorteberg & Dachille, P.C.
      10211 Wincopin Circle, Suite 200
      Columbia, Maryland 21044
      (301) 621-4120 (Telephone)
      (301) 621-4473 (Facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of July, 2007, a copy of the foregoing Consent Motion to Extend Deadline for Defendants to File Answer and Counterclaim was mailed, postage prepaid to:

      Herman M. Braude, Esquire
      Michael A. Lewis, Esquire
      Braude & Margulies, P.C.
      1200 Potomac Street, N.W.
      Washington, D.C. 20007-3211

      /s/ Lucas F. Webster
      Lucas F. Webster

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> f/u/b GRUNLEY CONSTRUCTION CO., INC. ) <br> ) <br>       **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> UNITED STATES SURETY COMPANY, ) <br> et al. ) <br> ) <br>       **Defendants.** ) <br> ) | Case No. 1:07-cv-01158-RWR |

**ORDER**

**UPON CONSIDERATION** of the Consent Motion to Extend Deadline for Defendants to File Answer and Counterclaim it is this _____ day of _____, 2007

**ORDERED**, the Consent Motion is hereby **GRANTED** and;

**IT IS FURTHER ORDERED** that Defendants' Answer and Counterclaim is due on or before August 30, 2007.

_____
The Honorable Richard W. Roberts
United States District Court for the
   District of Columbia

cc:

Lucas F. Webster, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

Herman M. Braude, Esquire
Michael A. Lewis, Esquire
Braude & Margulies, P.C.
1200 Potomac Street, N.W.
Washington, D.C.  20007-3211