**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>f/u/b GRUNLEY CONSTRUCTION CO., INC. )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>UNITED STATES SURETY COMPANY, )<br>et al. )<br>)<br>**Defendants.** )<br>) | Case No. 1:07-cv-01158-RWR |

**SECOND CONSENT MOTION TO EXTEND DEADLINE FOR DEFENDANTS**
**TO FILE ANSWER AND COUNTERCLAIM**

Defendants, United States Surety Company and U.S. Specialty Insurance Company, by their undersigned counsel, file this Second Consent Motion to Extend Deadline for Defendants to File their Answer and Counterclaim, with the consent of Plaintiff, United States of America f/u/b Grunley Construction Co., Inc., and in support state as follows:

1.  The Complaint in this action was filed on June 28, 2007.

2.  Service on Defendants was made by serving the Complaint on the Maryland Insurance Administration on July 10, 2007.

3.  Thereafter, the parties began settlement discussions to settle the matter.

4.  With the consent of the Plaintiff, Defendants filed a Consent Motion to Extend the Deadlines for Defendant to File an Answer until August 30, 2007 so that settlement discussions could continue.

5. On July 31, 2007 this Court granted Defendants' Order for an extension to file their Answer and Counterclaim to and through August 30, 2007.

6.	Plaintiff and Defendants met on August 13, 2007 in an attempt to settle this matter.

7.	Although no settlement was reached at the meeting, the parties agreed to continue settlement negotiations over the next 60 days and to file a Second Consent Motion to Extend the Deadline for Defendants to File an Answer and Counterclaim in this matter until the 60 day period has ended.

8.	Defendants, with the consent of Plaintiff, hereby request a second extension to and through October 31, 2007 for Defendants to file their Answer and Counterclaim in the above-referenced matter in order to give the parties additional time to settle the matter.

**WHEREFORE**, Defendants, United States Surety Company and U.S. Specialty Insurance Company, with the consent of Plaintiff, United States of America f/u/b Grunley Construction Co., respectfully request this Court to grant their Second Consent Motion to Extend Deadline for Defendants to File Answer and Counterclaim and to Order that the new deadline for Defendants to file their Answer and Counterclaim will be October 31, 2007.

Respectfully submitted,

BY:	/s/ Lucas F. Webster
Lucas F. Webster, D.C. Bar No. 470174
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120 (Telephone)
(301) 621-4473 (Facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of August, 2007, a copy of the foregoing Second Consent Motion to Extend Deadline for Defendants to File Answer and Counterclaim was mailed, postage prepaid to:

>Herman M. Braude, Esquire
>Michael A. Lewis, Esquire
>Braude & Margulies, P.C.
>1200 Potomac Street, N.W.
>Washington, D.C.  20007-3211

      /s/ Lucas F. Webster
Lucas F. Webster

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>f/u/b GRUNLEY CONSTRUCTION CO., INC. )<br>)<br>     **Plaintiff,** )<br>)<br>v. )<br>)<br>UNITED STATES SURETY COMPANY, )<br>et al. )<br>)<br>     **Defendants.** )<br>) | Case No. 1:07-cv-01158-RWR |

## ORDER

**UPON CONSIDERATION** of the Second Consent Motion to Extend Deadline for Defendants to File Answer and Counterclaim it is this _____ day of _____, 2007

**ORDERED**, the Second Consent Motion is hereby **GRANTED** and;

**IT IS FURTHER ORDERED** that Defendants' Answer and Counterclaim is due on or before October 31, 2007.

                                          _____
                                          The Honorable Richard W. Roberts
                                          United States District Court for the
                                              District of Columbia

cc:

Lucas F. Webster, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

Herman M. Braude, Esquire
Michael A. Lewis, Esquire
Braude & Margulies, P.C.
1200 Potomac Street, N.W.
Washington, D.C.  20007-3211