IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>For the Use and Benefit of )<br>)<br>GRUNLEY CONSTRUCTION CO., INC., )<br>)<br>Plaintiff/Use-Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SURETY COMPANY, et al., )<br>)<br>Defendants. ) | No. 07-cv-01158 (RWR) |

## PLAINTIFF'S NOTICE OF DISMISSAL UNDER RULE 41(a)

**NOW COMES** Plaintiff/Use-Plaintiff Grunley Construction Co., Inc. ("Grunley"), in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, is pleased to hereby notify the Court that the parties have settled all disputes in this case, and the case should be dismissed.

Dated: October 15, 2007

Respectfully submitted,

/s/
_____
Herman M. Braude, D.C. Bar No. 051326
hbraude@braudemargulies.com
Michael A. Lewis, D.C. Bar No. 479906
mlewis@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 - phone
(202) 471-5404 - fax

1

## CERTIFICATE OF SERVICE

 I certify that on October 15, 2007, a copy of the foregoing was served by electronic means upon the following:

Lucas F. Webster, Esq,
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

/s/
_____
Michael A. Lewis